**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> NARTUHI V SELVERIAN | **Chapter 13** |
| **Debtor** | **Bankruptcy No.** 18-13602-MDC |

# **O R D E R**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

September 24, 2020

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH L QUINN, ESQ
ROSS, QUINN, & PLOPPERT, P.C.
192 S. HANOVER ST., STE #101
POTTSTOWN, PA 19464-

Debtor:
NARTUHI V SELVERIAN

50 WOODSIDE ROAD #3

ARDMORE, PA 19003